# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

NORMAN LOGAN,

                        Plaintiff,

vs.

WAL-MART STORES, INC.; *et. al.*,

                        Defendants.

Case No. 2:15–cv–1116–JCM–VCF

**<u>ORDER</u>**

Before the court is Wal-Mart's Motion to Exclude Evidence Regarding Plaintiff's Damage Claims and Expert Opinions.  (Doc. #13).

ACCORDINGLY,

IT IS HEREBY ORDERED that a hearing on the above referenced motion is scheduled for 11:00 a.m., March 4, 2016, in courtroom 3D.

IT IS FURTHER ORDERED that on or before February 26, 2016, the parties will deliver, to chambers, copies of their expert's reports.

IT IS SO ORDERED.

DATED this 16th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1